# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 111 MM 2014
:
              Respondent    :
:
:
:
        v.             :
:
:
:
EARL SMITH,          :
:
              Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.